### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DRAPER FRANK WOODYARD,** #183250, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )   CIV. ACT. NO. 1:21-cv-336-TFM-MU |
| **WARDEN MCCLAIN,** *et al.* | ) ) ) |
| Defendants. | ) ) |

### JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 14th day of October, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE